and *W. L. Guice* for respondents.

No. 441. NEW YORK UNDERWRITERS INSURANCE CO. *v.* CENTRAL UNION BANK. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. R. E. Whiting* and *Joseph L. Nettles* for petitioner. No appearance for respondent.

No. 442. TATE *v.* SEVIER, JUDGE. October 23, 1933. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Gus O. Nations* for petitioner. *Mr. Joseph T. Davis* for respondent.

No. 443. YENGO *v.* UNITED STATES. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving K. Baxter* for petitioner. *Solicitor General Biggs* and *Mr. Mahlon D. Kiefer* for the United States.

No. 444. UTAH HOME FIRE INSURANCE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Charles D. Hamel* and *Alan E. Gray* for petitioner. *Solicitor General Biggs, Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 446. BOSTON BROADCASTING CO. *v.* FEDERAL RADIO COMM'N. October 23, 1933. Petition for writ of certi-